CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13, 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JARMAL A. JOYNER, | CASE NO. 7:11CV00302 |
| Petitioner, | |
| | MEMORANDUM OPINION |
| vs. | |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

Jarmal A. Joyner, a Virginia inmate proceeding pro se, filed this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging the August 2004 judgment of the Circuit Court of Botetourt County under which he stands convicted of attempted robbery, breaking and entering while armed with a deadly weapon, and abduction. The court sentenced Joyner to a total of 55 years in prison. The respondent moves for dismissal of the action as successive, and the petitioner has responded. The court's record indicates that Joyner previously filed a § 2254 petition concerning the same conviction, Civil Action No. 7:07CV00602.[1] Thus, Joyner's current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition, and must be dismissed.

Pursuant to § 2244(b), a federal district court may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the petition meet certain criteria. § 2244(b). Because Joyner has not obtained such certification by the Court of Appeals, the court will dismiss the petition without prejudice as successive. An appropriate order will enter this day.

---

[1] The record indicates that the court issued a 50-page memorandum opinion in Case No. 7:07CV00602, addressing Joyner's habeas claims in great detail and finding no ground on which Joyner was entitled to relief under § 2254.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to petitioner and to counsel of record for the respondent.

ENTER: This 13th day of September, 2011.

/s/ Glen Conrad
Chief United States District Judge