CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JARMAL ANTHONY JOYNER, | CASE NO. 7:11CV00302 |
| Petitioner, | |
| vs. | FINAL ORDER |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | By: Glen E. Conrad<br>Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the respondent's motion to dismiss (ECF No. 13) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 13th day of September, 2011.

/s/ Glen Conrad
Chief United States District Judge